IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STEVEN CHAMBERS, an individual, and<br>(2) PAULA CHAMBERS, f/k/a Paula Lucas,<br>     an individual,<br><br>          Plaintiffs,<br><br>v.<br><br>(1) TRUMBULL INSURANCE COMPANY,<br>     a subsidiary of THE HARTFORD<br>     INSURANCE COMPANY, a foreign<br>     insurance corporation,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-14-796-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to dismissal with prejudice of the above-captioned action.

/s/ Philip O. Watts
Philip O. Watts, OBA #11000
119 North Robinson, Suite 420
Oklahoma City, Oklahoma  73102
Phone:  (405) 239-2177
Fax:  (405)239-2822
wattslaw@cox.net
Attorney for Plaintiffs

/s/ Jodi W. Dishman
Jodi W. Dishman, OBA #20677
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Phone (405) 235-9621
Fax (405) 235-0439
jodi.disman@mcafeetaft.com
Attorney for Defendant